IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:15-CV-495

|  |  |  |
|---|---|---|
| SCIQUEST, INC.,<br>A Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | **CONSENT ORDER FOR STAY** |
| v. | ) ) | |
| JENNIFER MAROVICH, | ) ) | |
| Defendant. | ) ) ) | |

Now pending before the Court is a Motion for Preliminary Injunction filed by Plaintiff SciQuest, Inc. ("SQI"). The parties have notified the Court of their resolution of this case and request to enter the following Order prior to dismissal of this case.

The Court having considered the pleadings, other submissions of counsel, and the terms of this Order, and finding them appropriate, IT IS HEREBY ORDERED:

(1)    Defendant shall not delete, erase, destroy, or copy over any material relevant to the allegations or claims contained in the Complaint in this action;

(2)    As soon as possible, but no later than forty-eight (48) hours after the entry of this Order, Defendant shall return to SQI any non-privileged materials in Defendant's possession, custody, or control, which constitute, contain, summarize, or describe Plaintiff's confidential information;

(3)    To the extent that they are in her possession, custody, or control, Defendant shall turn over to SQI the USB devices identified in the Affidavit of Ben Carmichael to have been inserted on September 9, 2015, into the laptop issued to Defendant by SQI; however, after giving

SQI the opportunity to review the content of any such USB device(s), SQI shall allow Defendant to delete any non-SQI information from the USB device(s);

(4)    Defendant is prohibited from disclosing to any third party, with the exception of counsel for Defendant, any of Plaintiff's confidential information, including any summary, description, or knowledge derived from such Confidential Information; and

(5)    This case, including all presently pending deadlines, is stayed until further notice.

This the __10__ day of __December__, 2015.

JAMES C. DEVER, III
Chief United States District Judge